UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                    **ORDER**

                     -against-
                                                                    **23-CR-00064 (PMH)**


JULIO ALBERTO TAVERAS ABREU,

                                   Defendant.
-------------------------------------------------------------X

      Upon the application of Defendant Julio Alberto Taveras Abreu, through his attorney

Mark I. Cohen, it is hereby ORDERED that:

1.  Defendant's motion for the return of his United States passport, Dominican Republic

passport, and all other travel documents that are in the custody of the United States District

Court Pretrial Services Office for the Southern District of New York is GRANTED; and

2.  The United States District Court Pretrial Services Office for the Southern District of New

York shall return Mr. Taveras Abreu's United States passport, Dominican Republic passport,

and any other travel documents in its possession to him forthwith.

      **IT IS SO ORDERED.**


     Dated:  White Plains, New York
            August 31, 2023


                                  _____

                                  Philip M. Halpern
                                  United States District Judge